JOSEPH T. MCCARTHY, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— An injunction *pendente lite* having been granted in the companion case of *Eighth Avenue Coach Corporation* v. *City of New York (ante,* p. 829), handed down herewith, no necessity for such relief exists in the present action, which is one of a taxpayer for similar relief. Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents, other than the Eighth Avenue Coach Corporation and New York City Omnibus Corporation. Present — O'Malley, Townley, Untermyer, Cohn and Callahan, JJ.